realleges paragraphs numbered 2, 3, 6, 7, 8, 9, and 10 of the first defense in the answer"—is reversed, with $10 costs and disbursements, and plaintiff's motion is to that extent granted, without costs.

HENRY WELBROOK CO., Respondent, v. DI SIMONE et al., Appellants. (Supreme Court, Appellate Division, First Department. April 28, 1911.) Action by the Henry Welbrook Company against Michael Di Simone and others. S. Wechsler, for appellants. J. F. Forrester, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re HENSHAW'S ESTATE. (Supreme Court, Appellate Division, Fourth Department. May 10, 1911.) In the matter of the estate of Jefferson Henshaw, deceased. No opinion. Decree affirmed, with costs.

HERBERT v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. May 12, 1911.) Action by Olive Herbert against the City of New York. No opinion. Motion granted. Question to be certified on settlement of order. Settle order on notice. See, also, 128 N. Y. Supp. 1127.

HERKERT, Respondent, v. YAWMAN & ERBE MFG. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 3, 1911.) Action by Rose Herkert, as administratrix, etc., against the Yawman & Erbe Manufacturing Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event. Held, that as matter of law the defendant was not shown guilty of actionable negligence, and that plaintiff's intestate was guilty of contributory negligence as matter of law.

SPRING and KRUSE, JJ., dissent.

In re HEROLD. (Supreme Court, Appellate Division, First Department. June 2, 1911.) In the matter of Hieronimus A. Herold, an attorney. No opinion. Proceedings dismissed. Settle order on notice.

HERRON et al., Respondents, v. SCOFIELD CO. et al, Appellants. (Supreme Court, Appellate Division, Fourth Department. June 2, 1911.) Action by Patrick M. Herron and others against the Scofield Company and others. No opinion. Order affirmed, with $10 costs and disbursements.

HERSHENOV, Respondent, v. RUBLIN, Appellant. (Supreme Court, Appellate Division, Second Department. May 26, 1911.) Action by Boris Hershenov against Louis Rublin.

PER CURIAM. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, unless within 10 days from the filing of the decision herein plaintiff stipulate to reduce the recovery to $20.86, with interest from June 1, 1910, in which event the judgment as so modified, is affirmed, without costs.

HEWITT MOTOR CO., Respondent, v. MORTON, Appellant. (Supreme Court, Appellate Division, First Department. April 28, 1911.) Action by the Hewitt Motor Company against Baxter Morton. R. A. Irving, for appellant. W. Hay, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HICKS, Respondent, v. HICKS, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 24, 1911.) Action by John L. Hicks against Angeline E. Hicks, individually and as executrix. No opinion. Judgment modified, by reducing the amount of the recovery as of the date of February 13, 1911, to the sum of $2,423.51, and, as so modified, affirmed, without costs of this appeal to either party.

HILBORN v. PENNSYLVANIA CEMENT CO. (Supreme Court, Appellate Division, First Department. May 12, 1911.) Action by Edwin Hilborn against the Pennsylvania Cement Company. No opinion. Motion denied, with $10 costs. Order filed.

HILBORN, Appellant, v. PENNSYLVANIA CEMENT CO., Respondent. (Supreme Court, Appellate Division, First Department. June 2, 1911.) Action by Edwin Hilborn against the Pennsylvania Cement Company. E. N. Dollin, for appellant. L. L. Kellogg, for respondent. No opinion. Order affirmed, without costs. Order filed. See, also, supra; 129 N. Y. Supp. 957.

HIXSON, Respondent, v. FLOWER CITY BREWING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 31, 1911.) Action by George F. Hixson, as trustee, etc., against the Flower City Brewing Company. No opinion. Order affirmed, with $10 costs and disbursements.

HOFFMAN, Appellant, v. BONERT, Respondent. (Supreme Court, Appellate Division, Second Department. June 9, 1911.) Action by Matilda Hoffman against Lucile C. Bonert.

PER CURIAM. Order modified, by imposing as terms the payment by defendant to plaintiff of the costs and disbursements of the action to the date of the entry of the order, and, as so modified, affirmed, with $10 costs and disbursements of the appeal to plaintiff.

HOFFMAN, Appellant, v. SYRACUSE RAPID TRANSIT RY. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 24, 1911.) Action by Adon J. Hoffman against the Syracuse Rapid Transit Railway Company.

PER CURIAM. Judgment of County Court reversed, and judgment of Municipal Court affirmed, with costs in this court and County Court to plaintiff.

McLENNAN, P. J., and ROBSON, J., dissent.

HOGAN, Respondent, v. O'BRIAN, Appellant. (Supreme Court, Appellate Division,